## JACKSON BURCH V. CORPORATION OF BASTROP.

1. Where an appeal bond fails to show for what the judgment was rendered in the court below, the appeal will be dismissed for want of jurisdiction.
2. No appeal lies to the Supreme Court from a judgment rendered in the District Court in a case which had been appealed from the court of a mayor or justice of the peace.

APPEAL from Bastrop. Tried below before the Hon. J. P. Richardson.

This was a criminal prosecution instituted in the court of the Mayor of Bastrop for a violation of an ordinance of that town. Burch was fined in the Mayor's court $75, and appealed to the District Court. On motion the appeal was dismissed for want of sufficient bond. To this action an exception was taken and an appeal attempted to this court. The appeal bond last given failed to describe the character of judgment rendered in the District Court.

*Jones & Sayers*, for appellant.

*Fowler & Wilkes*, for appellee.

OGDEN, J. The appeal in this case must be dismissed for the want of jurisdiction in this court. First—Because the appeal bond is insufficient to give this court jurisdiction, as it wholly fails to describe the judgment of the District Court, from which the appeal is attempted. Second—This is an action which originated in the Mayor's court of the city of Bastrop, and was appealed to the District Court; and Section 12 of the act of August 13, 1870, giving appeals from justices' and mayors' courts, provides that in appeals to the District Court the case shall be tried *de novo*, and such trial shall be final, without an appeal to the Supreme Court. The appeal is therefore dismissed.

                                        DISMISSED.